

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00395-CV

IN THE INTEREST OF L.R.S., A CHILD

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 63716B, Honorable Titiana Frausto, Presiding

December 20, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Matthew Lance Seely, proceeding pro se, filed a notice of appeal from the trial court's *Order in Suit to Modify Parent-Child Relationship* without paying the requisite filing fee. By letter of November 26, 2024, the Clerk of this Court notified Seely that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by December 6 would result in dismissal of the appeal. To date, Seely has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Seely has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam